[No. 29945-0-I.   Division One.   June 28, 1993.]

DEBBIE LONE FIGHT, ET AL, *Respondents*, v. JOE
GRIFFIN, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 85-2-02589-8, Dennis J. Britt, J. Pro
Tem., entered January 7, 1991. *Affirmed* by unpublished opin-
ion per Forrest, J., concurred in by Scholfield and Baker, JJ.

[No. 14939-7-II.   Division Two.   June 29, 1993.]

ALLEN FISK, ET AL, *Appellants*, v. THE STATE
OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 88-2-02596-4, Paula Casey, J., entered April
16, 1991. *Affirmed* by unpublished opinion per Seinfeld, J.,
concurred in by Alexander, C.J., and Morgan, J.

[No. 15129-4-II.   Division Two.   June 29, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT
A. BAHLKOW, *Appellant*.

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 89-1-00587-9, Paula Casey, J., entered June
26, 1991. *Remanded* by unpublished per curiam opinion.

[No. 11818-5-III.   Division Three.   June 29, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. AARON J.
LOCHRIDGE, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima
County, No. 91-8-00368-9, Michael Schwab, J. Pro Tem.,
entered August 1, 1991. *Dismissed* by unpublished opinion
per Thompson, J., concurred in by Shields, C.J., and Mun-
son, J.